# EXHIBIT A

## DECLARATION OF AURORA MAOZ, ESQ.

I, Aurora Maoz, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct:

1. I am a staff attorney in the Immigration Practice at The Bronx Defenders, located at 360 East 161st Street, Bronx, New York 10451. I represent noncitizens in immigration removal proceedings before the Executive Office for Immigration Review ("EOIR").

2. I am representing Esaul Cordova Garcia in his pending removal proceedings. I met Mr. Cordova Garcia through the New York Immigrant Family Unity Project ("NYIFUP"). NYIFUP is New York City's universal representation program for indigent detained noncitizens in removal proceedings.

3. I provide the information in this declaration based on my legal representation of Mr. Cordova Garcia, my conversations with him and other advocates, and my review of relevant documents and records.

4. Mr. Cordova Garcia is a man of Latino descent who has resided in the Untied States for nearly fifteen years. He has a long-term partner, and they have three young children together all of whom are United States Citizens. He has held steady jobs as a painter for many years, and before his detention he was the primary breadwinner for his family that resides in Suffolk County, Long Island.

5. On February 18, 2026, Immigration and Customs Enforcement ("ICE") detained Mr. Cordova Garcia shortly after he entered his vehicle in order to drive. He was cut off by a van carrying ICE officers, and then approached by around eight ICE officers who were masked. They asked him to exit his vehicle and then placed him under arrest.

6. Proceedings were initiated in immigration court on February 19, 2026, and his case is now venued at the Varick Street Immigration Court in New York, NY. ICE has charged Mr. Cordova Garcia as being inadmissible under 8 U.S.C. § 1182(a)(6)(A)(i) as someone who entered the United States without inspection.

7. ICE has detained Mr. Cordova Garcia ever since February 18, 2026, first for one night at the Nassau County Jail in Long Island, New York, then at the Delaney Hall Detention Facility in Newark, New Jersey, and, since at least March 9, 2026, at the Metropolitan Detention Center in Brooklyn, NY, without a bond hearing.

8. ICE argues that Mr. Cordova Garcia is not eligible for an immigration court bond hearing because according to their allegations he entered the United States without inspection and is therefore subject to unreviewed mandatory detention under 8 U.S.C. § 1225(b)(2)(A). *See Matter of Yajure Hurtado*, 29 I. & N. Dec. 216, 225 (BIA 2025).

9. Mr. Cordova Garcia has been arrested once in 2012, and this case was resolved in 2022 with a conviction for unlawful surveillance under NY State law. He was on probation before his ICE arrest, and he currently has an allegation pending that he violated probation

1

because he allegedly was in a park after dark playing soccer and because he was alleged to have been using a smartphone, both of which would allegedly violate conditions of his probation. He could not resolve the alleged violations of his probation, because he was detained by ICE, who have not produced him for any court proceedings. Upon information and belief, ICE has not alleged that this conviction is the basis for his mandatory detention or removal proceedings.

10. Accordingly, ICE continues to indefinitely detain Mr. Cordova Garcia under § 1225.


Executed: 04/08/2026

_____
Aurora Maoz, Esq.
The Bronx Defenders
360 E. 161st Street
Bronx, NY 10451

2