UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ESAUL CORDOVA GARCIA
         *Petitioner,*

    v.

Maldonado *et al.*,
         *Respondents.*

Civil Action No.  26-cv-2102 (Bulsara, J.)

---

### DECLARATION OF DAVID RODRIGUEZ

Pursuant to 28 U.S.C. § 1746, I, David Rodriguez, declare under penalty of perjury that the following is true and correct:

1.    I am a Deportation Officer with U.S. Immigration and Customs Enforcement ("ICE"), a component of the U.S. Department of Homeland Security ("DHS").  I have served in this position since January 2017.  As a Deportation Officer,  I have access to documents and information relating to petitioner Esaul Cordova Garcia ("Petitioner"), a foreign national from Guatemala, who has been assigned the following Alien Number: **A240707510**.  The following representations are based on my review of Petitioner's administrative file, consultation with my colleagues, and ICE electronic records and databases.

2.    Petitioner entered the United States at an unknown date and location.

3.    On September 10, 2012, Petitioner was arrested for unlawful surveillance in the second degree: use imaging for no legitimate purpose, under N.Y. Penal Law § 250.45(03A).  He pleaded guilty to that charge on October 5, 2022. Petitioner was sentenced to a term of 5 months incarceration and 5 years of probation. *See* Exhibit A.

4.    On February 18, 2026, at approximately 11:15 AM, ICE Long Island Fugitive Operations, with assistance from Customs and Borders Protection ("CBP") and Homeland Security Investigations ("HSI"), ran the license plate of a vehicle owned by Petitioner, a citizen and national of Guatemala illegally present in the United States. Officers conducted a vehicle stop, identified themselves as ICE and asked Petitioner for identification. Petitioner provided officers with a New York State Driver's License. Officers positively identified Petitioner, stated he was under arrest due to being illegally present in the United States, placed him under arrest pursuant to an I-200 Warrant of Arrest, and transported him to the Nassau County ICE processing facility located at 100 Carman Ave., East Meadow, New York for processing. *See* Exhibit B.

5.    After arriving at the processing facility at approximately 12:50 PM on the same day, Petitioner was processed and served with the I-200 at approximately 3:35 PM. Immediately thereafter, Petitioner was issued and served with a Notice to Appear ("NTA") charging him as inadmissible under INA § 212(a)(6)(A)(i), 8 U.S.C. § 1182(a)(6)(A)(i), as an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General. *See* Exhibit C.

6.    On the same day, at approximately 6:38 PM, Petitioner's NTA was filed with the New York City Immigration Court, thereby commencing removal proceedings against Petitioner. *See* Exhibit D.

7.    Later that same evening, Petitioner was transported to Nassau University Medical Center for a medical evaluation and remained there from approximately 10:50 PM until 12:05 AM the next morning, February 19, 2026. During that time, Petitioner was evaluated by hospital staff and a practitioner found Petitioner psychiatrically fit for confinement. *See* Exhibit E.

8.      From February 19, 2026 to March 6, 2026 Petitioner was detained at Delaney Hall Detention Facility. On March 6, 2026 Petitioner was transferred to the Metropolitan Detention Center (MDC), in Brooklyn, New York, which is where he is currently detained under 8 U.S.C. § 1225(b)(2)(A).

9.      On March 12, 2026, the Department of Homeland Security submitted evidence to the Immigration Court to sustain the charges on Petitioner's NTA.

10.     On March 17, 2026, Petitioner had his first master calendar hearing. The case was reset for March 31, 2026 for him to find an attorney.

11.     On March 30, 2026, Petitioner's counsel filed an appearance.

12.     On March 31, 2026, Petitioner had his second master calendar hearing. Petitioner appeared with an attorney. The case was reset for April 14, 2026, for pleadings and to give Petitioner's attorney time to prepare.

13.     I hereby declare under the penalty of perjury that the above statements are true and correct.

Executed at New York, New York
This 13th day of April 2026.

DAVID J
RODRIGUEZ

Digitally signed by DAVID J
RODRIGUEZ
Date: 2026.04.13 11:20:20 -04'00'

_____
David Rodriguez
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

# Exhibit A

# Repository Inquiry

**To: zabbiam For: Matthew Zabbia Case No:A240070510 FBI Number - 664580RD1 - CRI**

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS

**Identification   Summary   Criminal History   Job/License   Wanted   Missing**

## ● Attention - Important Information ⬆

\* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**Subject currently on Probation - Suffolk County Probation**

**DNA SAMPLE IS ON FILE IN THE DNA DATABANK:** If additional DNA Databank information is required call DCJS Office of Forensic Services at (518)457-1901

## ● Identification Information ⬆



Cycle 1
Corrections Date January 04, 2023

**Name:**

ESAUL CORDOVAGARCIA    Esaul Cordova Garcia

**Date of Birth:**

January 15, 1991

**Place of Birth :**

Guatemala

**Address:**

711 Roanoke Ave Apt A, Riverhead, NY 11901

22 LONG NECK BLVD, RIVERHEAD, NY 11901

| Sex: | Race: | Ethnicity: | Skin Tone: |
|------|-------|-----------|-----------|
| Male | White | Hispanic | Medium |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Black | 5' 09" | 150 |

**SSN:**

| NYSID#: | FBI#: | Probation Client ID#: | NCIC Classification#: |
|---------|-------|----------------------|----------------------|
| 12014148Z | 664580RD1 | 2097778 | |

**III Status:** Criminal record in NYS only

**US Citizen:**     No

## ● Summary Information ⬆

**Total Arrests:** 1     **Date of Earliest Arrest:** September 10, 2012     **Latest Prior Arrest Date:** September 10, 2012

| Total Arrests: | 1 | Total Arraigned Arrests: | 1 | Total Open Cases: | 0 | Cycles (max 5) |
|---|---|---|---|---|---|---|
| Felony: | 1 | Felony: | 1 | Felony: | 0 | |
| Violent Felony: | 0 | Violent Felony: | 0 | Violent Felony: | 0 | |
| Firearm: | 0 | Firearm: | 0 | Misdemeanor: | 0 | |
| Misdemeanor: | 0 | Misdemeanor: | 0 | Other: | 0 | |
| Other: | 0 | Other: | 0 | Open ACD: | 0 | |
| | | | | Non Docketed Cases: | 0 | |

| Total Convictions: | 1 | Cycles (max 5) | Warrant Information: | | Cycles (max 5) | DOC Classification: | | Cycles (max 5) |
|---|---|---|---|---|---|---|---|---|
| Felony: | 1 | 1 | Failure to Appear Counts: | 1 | 1 | Escape Charges: | 0 | |
| Violent Felony: | 0 | | Total Open: | 0 | | Sex Offender Convictions: | 1 | 1 |
| Firearm: | 0 | | Active NYC: | 0 | | Probation Revoc: | 0 | |
| Misdemeanor: | 0 | | | | | Parole Revoc: | 0 | |
| Other: | 0 | | | | | | | |
| YO Adjud.: | 0 | | | | | | | |

**Note:** Summary Information may not reflect official actions. DCJS strongly urges the recipient to review the enclosed criminal history record information.

---

## ● NYS Criminal History Information ♠

### Cycle 1

### Arrest/Charge Information

Arrest Date: September 10, 2012 05:02 am (05:02:00)

| | |
|---|---|
| **Name:** | ESAUL CORDOVAGARCIA |
| **Date of Birth:** | January 15, 1991 |
| **Country of Citizenship:** | Guatemala |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Hispanic |
| **Height:** | 5' 07" |
| **Weight:** | 170 |
| **Age at time of crime/arrest:** | 21 |
| **Address:** | 22 LONG NECK BLVD, RIVERHEAD, NY 11901 |
| **Place of Arrest:** | Town of Riverhead, Suffolk County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | September 10, 2012 |
| **Place of Crime:** | Town of Riverhead, Suffolk County, NY |
| **Criminal Justice Tracking No.:** | 65662614M |
| **Arresting Agency:** | Riverhead Town Police Department |
| **Arresting Officer ID:** | RPD10048 |
| **Local Person Id:** | 671846 |
| **Incident Number:** | 12018410 |

**Arrest Number:**       0046301

**Arraignment:**       Riverhead Town Court

**Arrest Charges:**

-- Unlawful Surveillance 2: Use Imaging Device For No Legitimate Purpose
   PL 250.45       Sub 03A       Class E   Felony   Degree 2   NCIC 5799

## Court Case Information

**--Court:** Riverhead Town Court   **Case Number:** 12-CRI-554

September 10, 2012
**Initial Report Of Docket Number**

September 10, 2012
**Arraigned**

-- Unlawful Surveillance 2: Use Imaging Device For No Legitimate Purpose
   PL 250.45       Sub 03A       Class E   Felony       NCIC 5799

November 07, 2012
**Transferred To Superior Court**

-- Unlawful Surveillance 2: Use Imaging Device For No Legitimate Purpose
   PL 250.45       Sub 03A       Class E   Felony       NCIC 5799

**--Court:** Suffolk County Court   **Case Number:** 02621-2012

October 19, 2012
**Initial Report Of Indictment Number**

April 07, 2022
**Arraigned**

-- Unlawful Surveillance 2: Use Imaging Device For No Legitimate Purpose
   PL 250.45       Sub 03A       Class E   Felony       NCIC 5799

November 13, 2012
**Pre-Arraignment Warrant Issued**

April 07, 2022
**Returned On Warrant**

October 05, 2022
**Convicted Upon Plea Of Guilty** - Conviction Date: October 05, 2022

-- Unlawful Surveillance 2: Use Imaging Device For No Legitimate Purpose
   PL 250.45       Sub 03A       Class E   Felony       NCIC 5799

   **Sentenced to:**   Probation: 5 Year(s) Term: 5 Month(s)
   **Sentence Date:** January 04, 2023

April 20, 2023
**Sentence Continued**

-- Unlawful Surveillance 2: Use Imaging Device For No Legitimate Purpose

PL 250.45    Sub 03H    Class E    Felony    NCIC 5799

**Sentenced to:** Probation: 5 Year(s) Term: 5 Month(s)
**Sentence Date:** January 04, 2023

**Interim release Status:** Released on own recognizance (ROR)

## Incarceration/Supervision Information

### Probation Information

| | |
|---|---|
| **Name:** | Esaul Cordova Garcia |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Hispanic |
| **Address:** | 711 Roanoke Ave Apt A, Riverhead, NY 11901 |
| **Placed on Probation:** | January 04, 2023 |
| **Max Expiration Date:** | January 03, 2028 |
| **Supervision Agency:** | Suffolk County Probation |
| **Jurisdiction Agency:** | Suffolk County Probation |
| **Probation Officer ID:** | SU012A |
| **Probation Registration Number:** | 4115788 |
| **Probation Case Number:** | 02612-2012 |
| **Probation Discharge Date:** | |

### Incarceration Admission Information

| | |
|---|---|
| **Admission Date:** | January 04, 2023 |
| **Admission Reason:** | Sentenced, Initial Entry; Felony Conviction |
| **Agency:** | Suffolk County Jail |
| **Inmate ID Number:** | G6656 |
| **Sentence to:** | Term: 150 Day(s); |
| **Max Expiration Date:** | |
| **Inmate Name:** | ESAUL CORDOVAGARCIA |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Hispanic |

## Other History Related Information

There is no Other History Related Information associated with this history.

## Job/License Information

There is no Job/License Information associated with this history.

## Wanted Information

There is no NYS Wanted Information associated with this history.

## ⦿ Missing Person Information ⬆

There is no NYS Missing Information associated with this history.

---

## ⦿ Additional Information ⬆

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**According to our files, this individual does not appear to have History in III. However this does not preclude the possibility that the FBI docs have a record. If you desire this information, please submit a request directly to the FBI.**

---

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

# Exhibit B

**U.S. DEPARTMENT OF HOMELAND SECURITY**        **Warrant for Arrest of Alien**

File No. __A240707510__

Date: _____2/18/26_____

To:  **Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations**

I have determined that there is probable cause to believe that __CORDOVA GARCIA, Esaul__ is removable from the United States.  This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☑ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

MICHAEL F DAMIANO   Digitally signed by MICHAEL F DAMIANO
Date: 2026.02.18 09:29:32 -05'00'
_____
(Signature of Authorized Immigration Officer)

**M1193 DAMIANO - (A) SDDO**
_____
(Printed Name and Title of Authorized Immigration Officer)

---

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at ___East Meadow, NY___
(Location)

on ___Egaul Cordova___  on ___2/18/2026  1535___, and the contents of this
(Name of Alien)                    (Date of Service)

notice were read to him or her in the ___Spanish___ language.
(Language)

_____        ___SDDO J. Diaz___
Name and Signature of Officer              Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)

"

"

"

"

Gzj kdkv'E"

**U.S. Department of Homeland Security**     Subject ID : 401567072          **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| CORDOVA GARCIA, ESAUL | | | M | BLK | BRO | |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| GUATEMALA | | CIP2602000263  240 707 510 | 69 | 175 | Painter |

| U.S. Address | Scars and Marks |
|---|---|
| 711 ROANOKE AVE APT A, RIVERHEAD, NEW YORK, 11901, UNITED STATES | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | |
|---|---|---|---|
| Unknown Date Unknown Time, UNK, WI-Without Inspection | | 664580RD1 | ☐ Single  ☐ Divorced ☒ Married  ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 01/15/1991    Age: 35 | | 02/18/2026 | CIP/NYC | See I-831 | 02/18/2026 11:15 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| GUATEMALA | | | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | See Narrative |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| . NATIONALITY: UNKNOWN | 3-UNITED STATES |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| See Narrative | Employee | Hr | 01/01/2014 |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 1393942746                    Left Index fingerprint                    Right Index fingerprint

FAMILY INFORMATION
--------------------
Father:Subject has not provided information for Father.
Mother:Subject has not provided information for Mother.
Spouse:. is a citizen of  UNKNOWN.
Daughter:Cordova, Essai is a citizen of  UNITED STATES.
Daughter:Cordova, Emma is a citizen of  UNITED STATES.
Son:Cordova, Daniel is a citizen of  UNITED STATES.

SUBJECT HEALTH STATUS ...(CONTINUED ON I-831)

MATTHEW ZABBIA
Deportation Officer

| Alien has been advised of communication privileges | 2/18/2026 MZ (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: | Received: (Subject and Documents)  (Report of Interview) |
|---|---|
| | Officer: MATTHEW ZABBIA |
| | on: February 18, 2026                    (time) |
| | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer:  DIAZ, J 7706 |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| CORDOVA GARCIA, ESAUL | 240 707 510<br>Event No: CIP2602000263 | 02/18/2026 |

------------------------

The subject claims good health.

CURRENT ADMINISTRATIVE CHARGES
-----------------------------------
02/18/2026 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

RECORDS CHECKED
-----------------
TECS checked on 02/18/2026 with Negative result.NCIC checked on 02/18/2026 with Negative
result.CLAIM checked on 02/18/2026 with Positive result.CIS checked on 02/18/2026 with
Positive result.EARM checked on 02/18/2026 with Positive result.IAFIS checked on 02/18/2026
with Unknown result.

NAME AND ADDRESS OF US EMPLOYER
--------------------------------
PAINT IT INC., . WESTHAMPTON, NEW YORK, 11978, UNITED STATES

ARRESTING AGENTS
-----------------
K 6647 REYP 9105 HASSELLD 9808 RODRIGUEZ

ARRESTED AT/NEAR
-----------------
PARKING LOT OF 210 CENTER DR, RIVERHEAD, NEW YORK, 11901, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
---------------------------------------
OFFICER SIGNING THE I-213 RESPONSIBLE FOR PROCESSING SUBJECT

ARREST:
On Wednesday, February 18, 2026, at approximately 1115hrs, Long Island Fugitive Operations,
with CBP and HSI assistance, arrested CORDOVA Garcia, Esaul (A# 240707510; DOB: 01/15/1991;
COB: Guatemala), pursuant to an I-200 Warrant of Arrest. At approximately 1055hrs, officers
ran the license plate of a vehicle, and the registered owner came back as CORDOVA Garcia,
Esaul, a citizen and national of Guatemala who is illegally present in the United States.
Officers, in high visibility markings that said "POLICE", "ERO", "ICE" conducted a vehicle
stop in the parking lot of 210 Center Dr S, Riverhead NY 11901. Officers identified
themselves as officers with Immigration Customs Enforcement and asked for ID. The person
provided officers with a NYS Driver License bearing the name and DOB above. Officers
positively identified CORDOVA Garcia, stated he was under arrest due to being illegally
present in the US, placed him under arrest without incident, and transported him to 100
Carman Ave., East Meadow, NY for processing.

(PREVIOUS IS ARRESTING OFFICERS NARRATIVE OF ENCOUNTER & ARREST).

ALIENAGE:
CORDOVA is a national and citizen of Guatemala.

IMMIGRATION HISTORY:
Immigration records and databases reveal no lawful entries or admissions of CORDOVA to the
United States. Therefore, CORDOVA last entered the United States on an unknown time and
place, without inspection or permission by an immigration official.

CORDOVA is in violation of Section 212(a)(6)(A)(i) of the Immigration and Nationality Act

| Signature | Title |
|---|---|
| MATTHEW ZABBIA | Deportation Officer |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| CORDOVA GARCIA, ESAUL | 240 707 510<br>Event No: CIP2602000263 | 02/18/2026 |

(INA).

CRIMINAL HISTORY:
Suffolk County Court
Case Number: 02621-2012
Unlawful Surveillance 2: Use Imaging Device For No Legitimate Purpose - NYPL 250.45
Convicted upon a plea of guilty - October 5, 2022
Sentenced to a term of 5 months and 5 years probation

FBI#: 664580RD1
NYSID: 12014148Z

APPLICATIONS:
CORDOVA previously filed Forms I-360, Petition for Amerasian, Widow(er), or Special
Immigrant, and I-485, Application to Register Permanent Residence or Adjust Status, with
USCIS on or about September 12, 2022. These applications are still pending with USCIS.

FAMILY:
CORDOVA stated he is married and he has 3 minor USC children.  CORDOVA stated his children
live with their mother.

HEALTH:
CORDOVA claimed good health and stated he is not taking any medication at this time.

PHONE CALL:
CORDOVA was provided with a phone call.

MEAL:
CORDOVA was provided with food and water.

PROPERTY:
CORDOVA was in possession of $0.50 at the time of his arrest. Recorded under DHS-589 #
1497985.

CORDOVA's miscellaneous property was recorded under DHS-589 # 1497986.

DNA:
Collected under F4875105.

CONSULATE:
CORDOVA requested consulate notification which was completed via email.

OTHER:
CORDOVA was provided a List of Pro Bono Legal Service Providers.

DISPOSITION:
CORDOVA was served Forms I-200, Warrant for Arrest of Alien, and I-862, Notice to Appear,
charging him in violation of Section 212(a)(6)(A)(i) of the INA; and processed accordingly.


OTHER IDENTIFYING NUMBERS
--------------------------
ALIEN-240707510
State Criminal Number/State Bureau Number-NY12014148Z   (UNITED STATES)
Cedula (Foreign ID)-N014-365105-1501   (GUATEMALA)

| Signature  MATTHEW ZABBIA | Title  Deportation Officer |
|---|---|

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

"

"

"

"

Gzj kdkv'D"

Uploaded on 02/18/2026 at 06:37:50 PM (Eastern Standard Time) Base City NYV

DEPARTMENT OF HOMELAND SECURITY

**NOTICE TO APPEAR**

DOB: 01/15/1991

Event No: CIP2602000263

---

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID: 401567072          FINS: 1393942746          File No: 240 707 510

In the Matter of:

Respondent: ESAUL CORDOVA GARCIA _____ currently residing at:

80 29th St Brooklyn, NEW YORK 112321503 _____

(Number, street, city, state and ZIP code)                    (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;

2. You are a native of GUATEMALA and a citizen of GUATEMALA;

3. You entered the United States at or near an unknown place, on or about an unknown date;

4. At that time you arrived at a time or place other than as designated by the Attorney General.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:     ☐ 8CFR 208.30     ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

201 VARICK ST, 5TH FL RM 507, NEW YORK, NEW YORK 10014. NEW YORK VARICK _____

(Complete Address of Immigration Court, including Room Number, if any)

on February 27, 2026 at _____ 8:30 am _____ to show why you should not be removed from the United States based on the

(Date)                    (Time)

charge(s) set forth above.     _____ J 7700 DIAZ - SDDO _____

(Signature and Title of Issuing Officer)

Date: February 18, 2026     _____ East Meadow, NY _____

(City and State)

DHS Form I-862 (6/22)                    Page 1 of 3

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

---

## Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____     _____
                                                                    (Signature of Respondent)

_____                              Date: _____
(Signature and Title of Immigration Officer)

### Certificate of Service

This Notice To Appear was served on the respondent by me on **February 18, 2026**, in the following manner and in compliance with section 239(a)(1) of the Act.

[X] in person     [ ] by certified mail, returned receipt # _____ requested     [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[X] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the **SPANISH** language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

*Refused to Sign*

_____                      _____ DO
(Signature of Respondent if Personally Served)               (Signature and Title of officer)

DHS Form I-862 (6/22)                                                                              Page 2 of 3

EOIR - 2 of 3

## Privacy Act Statement

**Authority:**

The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**

You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**

For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**

Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

EOIR – 3 of 3

DHS Form I-862 (6/22)

Page 3 of 3

"

"

"

"

Gzj kdkⱴE"

| MRN: 2037364H<br>Visit: 8572011<br>Age: 35y (15-Jan-1991) | CORDOVA GARCIA,<br>ESAUL<br>Gender: Male | Nassau Univ. Medical<br>Center<br>Current Location: 54 C |
|---|---|---|

**Fit For Confinement [Charted Location: 54 C] [Date of Service: 18-Feb-26 23:33, Authored: 18-Feb-26 23:33]- for Visit: 8572011**, *Complete, Entered, Signed in Full, General*

<u>Department of Emergency Medicine:</u>
 <u>Fit for Confinement Form:</u>
Date: 18-Feb-2026.

Please be advised the above patient was evaluated in the Emergency Department at NUMC on the date listed above.

The patient has been found psychiatrically Fit for Confinement.

Tylenol 650mg x1.

_____.

_____.

_____.

_____.

See Discharge instructions.

<u>PRINT:</u>
 <u>PRINT:</u>
• **Print this document:**                          Yes

**Electronic Signatures:**
**Franca Buss, Heber (Resident Physician)**  (Signed 18-Feb-26 23:33)
        *Authored: Department of Emergency Medicine, PRINT*

*Last Updated: 18-Feb-26 23:33 by Franca Buss, Heber (Resident Physician)*