**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

April 13, 2026

By ECF

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Cordova Garcia v. Maldonado Jr. et. al.*,
Civil Action No. 26-cv-2102 (Bulsara, J.)

Dear Judge Bulsara:

This Office, on behalf of Respondents, respectfully submits this letter pursuant to your Order issued today (April 13) (Docket Entry 10), to inform the Court that the Petitioner has been released from detention today at approximately 6:25 p.m.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: */s/ Arthur Swerdloff*
Arthur Swerdloff
Assistant U.S. Attorney
(718) 254-7584
arthur.swerdloff@usdoj.gov

cc: (by ECF)
Jessica Giambrone Palmese
Epstein Becker & Green, P.C.